**In the Matter of M. Abraham AHMAD.**

**No. 533 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Nov. 1, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 1st day of November, 1999, M. Abraham Ahmad having been disbarred by consent from the practice of law in the State of Maryland by Order of the Court of Appeals of Maryland dated October 10, 1995; the said M. Abraham Ahmad having been directed on July 15, 1999, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and upon consideration of the responses filed, it is

ORDERED that M. Abraham Ahmad is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Daniel V. DELANEY, Respondent.**

**No. 550 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Nov. 1, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 1st day of November, 1999, there having been filed with this Court by Daniel V. Delaney his verified Statement of Resignation dated August 25, 1999, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Daniel V. Delaney be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.